# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

MYRON BASS, ET AL,
    Plaintiff,

v.                                     CASE NUMBER: 2:13-cv-2882-JDT-tmp

TOM LEATHERWOOD, ET AL.,
    Defendant,

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 10/17/14, this action is hereby **DISMISSED.**


**APPROVED:**

                                              s/James D. Todd
                                              JAMES D. TODD
                                              UNITED STATES DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: S/JENNIFER HODGE**
**DEPUTY CLERK**