## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 15, 2015

Re: Case No. 14-6321, *Myron Bass, et al v. Tom Leatherwood, et al*
Originating Case No. : 2:13-cv-02882

Dear Counsel and Parties:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Amy E. Gigliotti
Case Manager
Direct Dial No. 513-564-7012

cc: Mr. Klinton W. Alexander
    Ms. Virginia P. Bozeman
    Ms. Elizabeth A. Cash
    Mr. Jay A. Ebelhar
    Mr. Thomas M. Gould
    Mr. Reid Stephens Manley
    Ms. Jean Ellen Markowitz
    Mr. Zachary David Miller
    Ms. Karen Mobley
    Mr. Frank Reid Olson
    Mr. Lawrence Everett Reed
    Mr. Frankie N. Spero

Enclosure

Case No. 14-6321

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

MYRON BASS

    Plaintiff

 and

KAREN MOBLEY; LAWRENCE EVERETT REED

    Plaintiffs - Appellants

v.

TOM LEATHERWOOD, et al

    Defendants - Appellees

Upon consideration of the motion of Jean E. Markowitz to withdraw as counsel for appellees Tom Leatherwood and Joseph Reves,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: January 15, 2015